IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2014 JUL 25 AM 9:17
TIMOTHY M. O'BRIEN
CLERK
BY_____ta_____ DEPUTY
AT KANSAS CITY, KS

MARY L. PORTING )
_____ )
_____ )
)
)
(Enter above the full name of Plaintiff(s)) )
ANDREA ASHLEY-DORADO, EMILY EAGAN )
vs. YESENIA SALAS-MUNOZ )
)
TRANSAM TRUCKING, TRANSAM FINANCIAL ) Case Number: 14-CV-2373 EFM/JPO
Name INC ET, AL ) (To be assigned by Clerk)
)
15910 S. HWY 169 )
Street and number )
)
OLATHE, KS 66062 )
City    State    Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    ✓  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    \_\_\_  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    \_\_\_  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓ Other (Describe)
___WRONGFUL TERMINATION, RETALIATION___
___RACE DISCRIMINATION___

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
___5-01-14___ −05/08/2014___

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   _X_ Yes   Date filed: ___7-12-14   MAILED___
   ___ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓ Yes   Date filed: ___6-30-14___
   ___ No

6. Have you received a Notice of Right-to-Sue Letter?
   ✗ Yes ___ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   ___ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ___ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   ___ failure to hire me
   _X_ termination of my employment
   ___ failure to promote me
   ___ failure to accommodate my disability
   _X_ terms and conditions of my employment differ from those of similar employees
   _X_ retaliation
   _X_ harassment
   ___ reduction in wages
   _X_ other conduct (specify):
   RACE DISCRIMINATION

   Did you complain about this same conduct in your charge of discrimination?
   _X_ Yes ___ No

9. I believe that I was discriminated against because of (check all that apply):
   _X_ my race or color, which is white
   ___ my religion, which is _____
   ___ my national origin, which is _____
   ___ my gender, which is ___ male; ___ female
   ___ my disability or perceived disability, which is _____
   ___ my age (my birth date is: _____)
   ___ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   _X_ Yes ___ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    SEE ATTACHED
    EXHIBIT A

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ✓ are still being committed by Defendant.
    ___ are no longer being committed by Defendant.
    ✓ may still be being committed by Defendant.

12. Plaintiff:
    ___ still works for Defendant
    ✓ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ___ Yes  ✗ No
    Explain: _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
    ___ Defendant be directed to employ Plaintiff
    ___ Defendant be directed to re-employ Plaintiff
    ___ Defendant be directed to promote Plaintiff
    ✓ Defendant be directed to comply w/ existing laws, offer extensive training, or back
    ___ Injunctive relief (please explain): _____
    ✓ Monetary damages (please explain): 1.5 MILLION-includes loss of wages →
    ✓ Costs and fees involved in litigating this case
    ✓ As additional relief to make Plaintiff whole, Plaintiff seeks: Punitive damages
    Add'l 50,000 For loss of credit history, & health issues due to stress
    and such other relief as may be appropriate, including attorney's fees, if applicable.
    involved due to job loss & loss of medical coverage, re-inst. of job in different dept.

Signed this _____ day of _____, 20___.

_Mary J. Porting_
Signature of Plaintiff
MARY L. PORTING
Name (Print or Type)
2805 E. 7th St
Address
KANSAS CITY, MO 64124
City State Zip Code
816-231-4993

4

→ Defandent to be directed to: cont... to employees regarding discrimination in the workplace, Establish new and appropriate policies (per EEOC guidelines) to follow when a harassment complaint is made, Properly discipline all parties involved if warranted, & Pay Punitive damages

---

Monetary Damages Cont: both past & future, Medical expenses both past & future directly related or caused by the defendant's actions, loss of 401k retirement, compensatory damages, pain & suffering, extra emotional distress, loss of enjoyment & consortium

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the trial in this matter. (circle one location)

_Mary F. Portillo_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( (yes) or no ).
(circle one)

_Mary F. Portillo_
Signature of Plaintiff

Dated: 7/25/14
(Rev. 8/07)

5

Pro Se Attachement-1

On Wednesday 5/07/14-I was called in to speak to 2 supervisors at 10:30am –Yesenia Salas-Munoz and Andrea Ashley- Dorado; they said that an email I responded to regarding follow up needed to be discussed. I asked if it was negative, as I believed it was not, and I proceeded to explain why I responded. I believed that a response was required. Then I was asked about my attitude over the last 2 days in my new supervisor's group I had just moved to. I did not want to go into it with them, I was going to make an anonymous complaint with a new system they set up called Integra, but they pressured me, so I told them that I was uncomfortable with the Supervisor speaking Spanish almost all the time with all the other reps even when she was not on the phone with a Spanish speaking client.

My previous supervisor from the time I began at TransAm, Zayra Perez-Sanchez is also Spanish speaking, but I never had an issue with her at all. She trained me and always spoke English unless she was speaking to a Spanish speaking client.

Immediately Ms. Ashley-Dorado became defensive as she was Spanish speaking and said" I would not dictate how she would speak!" I started to get upset and tried to tell them they misunderstood. I have no issue with anyone speaking Spanish, but as a supervisor, I need them to communicate in English so I can understand ALL that is going on and I can benefit from the instructions given in the different situations arising as I have been doing since I started., and I did not think that was inappropriate to ask.. Ms. Ashly-Dorado got up to get HR , an Emily Eagan came in and I explained myself again, Ms. Eagan also kept pushing me and asking me to explain myself , at this time I was upset by the anger I felt the Supervisors were directing towards me. Ms. Eagan finally allowed me to go to lunch and told me they would resolve the situation later. I came back from lunch to find out Ms. Salas-Munoz had told several people –including Stacy Hendricks that a complaint was made and the employees were not to speak Spanish unless it was to their Spanish speaking clients, this made many of the co-workers mad and upset, they assumed it was me, as the supervisor-Ms. Salas-Munoz did this after stepping out of the meeting with me. I kept overhearing remarks, and my other co-workers relayed to me later of threatening things said by other workers. I feel they created this extremely hostile environment on purpose and I was upset by this. I was scared by the co-workers threatening whispers and remarks being made I became very anxious and developed a migraine headache, I asked to leave at 3:30pm after asking Ms. Salas-Munoz if anyone else needed to speak to me again that day from HR, as they said they would later. She said no and said I could go, which I did.

I could not sleep all night and still had a migraine from the previous day, so I called in to give myself time to take some medicine to get rid of the migraine, and Ms. Eagan called me at home to tell me I was being let go (she said they made decision day before and wanted to tell me before I left) because they felt I was a **"racist** "and had a**" racial bias"** which is not true as my previous supervisor the last 8 months was Spanish and there was never any issue. I also have many Spanish friends, Ms. Eagan also said they did not think I could be "successful and happy in this job", I had sent an email asking them to fix the atmosphere created by this issue, but it was sent before I was told I was terminated. Ms. Eagan also said in this call I was "insubordinate" as well, when I asked Ms. Eagan to explain this, she would not.

TransAM tried to block my receipt of KS Unemployment but failed, as they could not prove to agency why I was legitimately let go from my position.

I received emails just days before (and all thru my employment) this incident that indicate that I was doing well according to Ms. Ashley-Dorado, Ms. Perez-Sanchez, and Josh Goode the Director of Financial Services, so I am not sure why I was even brought into a meeting. I also was never given any verbal warning or written up for any transgression or violation of company policy.

I believe I was fired for my race as the 2 Spanish speaking supervisors took personal offense and decided that they did not want me in the office any longer. Ms. Eagan calling me racist and actually telling me I was being fired for "racial bias" is racial discrimination and not true. Ms. Salas-Munoz I believe purposely created a hostile environment for me with the other workers based on race that became threatening to me, Ms. Ashley-Dorado as Ms. Salas-Munoz's direct supervisor was responsible for preventing this situation and she did not.

Mary Porting

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Mary L. Porting
2805 E. 7th Street
Kansas City, MO 64124

From: Kansas City Area Office
Gateway Tower II
400 State Avenue
Kansas City, KS 66101

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2014-01438 | Samuel D. James, Investigator | (913) 551-6612 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Samuel D. James_ for    07-02-14
Natascha Deguire,          *(Date Mailed)*
Area Office Director

Enclosures(s)

cc:

TRANSAM FINANCIAL SERVICES
15910 S. 169 Highway
Olathe, KS 66062